# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.:   14-12682-RAM |
| GRACE J. MOREJON, | Chapter 11 |
| Debtor, | |

## MOTION TO VALUE
## AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY

**17175 N.W. 41st Avenue, Miami, FL 33055**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claim of the creditor listed below.**

Debtor-in-Possession, GRACE J. MOREJON ("Debtor"), by and through undersigned counsel, move pursuant to 11 U.S.C. §506(a), Bankruptcy Rule 3012, and Local Rule 3012-1, for a determination of the secured status of creditors and the value of the collateral secured by the subject property, and in support state the following:

1.     The Debtor filed her voluntary petition under Chapter 11 of the United States Bankruptcy Code on January 24, 2014 [D.E. 1], and has been managing the Estate as debtor-in-possession since that time. No creditor committee has been appointed and the Court has authorized the Debtor's use of cash collateral and authorized operation of the Estate in the ordinary course with respect to the subject property [D.E. 50 and 36].

2.     The Debtor is an individual who owns seven (7) rental properties and these properties derive rental income for the Estate.

3. The subject of the instant Motion is the real property located at 17175 N.W. 41 Avenue, Miami, FL 33055 (the "Property") and is more particularly described in the Public Records of Miami-Dade County, Florida as:

CAROL CITY PB 57-20 LOT 10 BLK 14 LOT SIZE 79.000 X 100 F/A/U 30-2108-007-3580 COC 25570-4818 04 2007 1

4. The Property is not used as the Debtor's personal residence, and there is currently an individual renting the Property from the Debtor.

5. On April 17, 2014, the Court entered its Final Order Authorizing Use of Cash Collateral as to the subject Property and "[n]othing in this Order shall be interpreted as barring the Debtor from filing Motion(s) to Value [sic] the Properties subject to this Final Order." [D.E. 50 ¶3]. Accordingly, the instant Motion to Value is brought timely.

**Valuation and Determination of Secured Status of Lien(s) on Property**

6. The Property is encumbered by a first mortgage in favor of JP Morgan Chase Custody Services ("JP Morgan"), in the approximate amount of $249,300.00, which was recorded on April 27, 2007, in Book 25570, Page 4819 in the Public Records of Miami-Dade County, Florida (the "First Mortgage"). The First Mortgage was subsequently assigned to Federal National Mortgage Association ("FNMA") on August 31, 2010, which was recorded in the Public Records of Miami-Dade County, Florida, in Book 27404, Page 1310.

7. The FNMA obtained a final judgment which reflects that, as of the final judgment, the amount due as principal due on the note is $246,322.57. The final judgment also assessed $47,037.75 due as interest owed on the note and $17,449.79 as "advances owed on the note", for a total amount of secured interest of $246,322.57 and a total amount of unsecured debt of $64,487.54.

8. The Debtor seeks to value the Property securing the above-referenced claims, pursuant to 11 U.S.C. § 506(d), for the purpose of modifying FNMA's First Mortgage, which respect to the Property under 11 U.S.C. § 1123(b)(5).

9. The Debtor intends to file a Chapter 11 Plan that will provide, *inter alia*, for the Debtor's retention of the Property, after having stripped down the lien(s) on the Property to the value of the underlying collateral pursuant to 11 U.S.C. § 1123(b)(5). The Property represents a vital source of income for the Debtor's real estate business and will be essential to the operation of the Debtor's real estate business and confirmation of the prospective plan.

10. The Debtor is an experienced real estate professional, has experience in conducting appraisals, and has conducted a comprehensive market analysis, which include records of the Miami-Dade Tax Assessor[1], comparable sales of similar properties, and various industry analytics, copies of which are attached as composite **Exhibit A**. Based on the foregoing market information, the Debtor seeks an order, in recordable form, valuing the Property at $76,706.00 for the purposes of 11 U.S.C. § 506.[2]

11. Accordingly, the value of the FNMA's secured interest in the property is $76,706.00 and the value of its unsecured deficiency claim is $234,104.11 (which amount includes the amount of FNMA's deficiency claim, interest, and advances).

---

[1] In a similar case before this Court, this Court found that "the valuation contained in the Debtor's motion was fair, that the Miami-Dade Property Appraiser's assessment of fair market value is probative yet not determinative, and that the Debtors' motion does not prejudice Ocean Bank, and that any damages it stands to suffer are speculative." *See In re: Giovanny Pereyra and Maria Del Pilar Pereyra*, Case No.: 11-37769-BKC-RAM, D.E. 242.

[2] If an evidentiary hearing is ultimately required on this Motion, the Debtor will testify as to the written appraisals and market analysis submitted herewith as evidence of the value of the Property.

12.     The Debtor requests that FNMA's claim be classified as a secured claim to the extent provided above and as a general unsecured claim for any deficiency, regardless of the original classification as set forth in the Debtor's schedules and/or any proof of claim that may be timely filed.

13.     The Debtor requests that any other claim as to the Property (either scheduled or pursuant to a proof of claim filed in this case) be classified as a wholly unsecured claim for the deficiency set forth above, regardless of the original classification as set forth in the Debtor's schedules and/or any proof of claim that may be timely filed, and that any other claimed secured interest in the Property be therefore canceled.

14.     The Debtor will continue to comply with the terms of the Final Order Granting Use of Cash Collateral as to the Subject Property throughout the pendency of this Chapter 11 case.

**WHEREFORE**, the Debtor-in-Possession, respectfully requests the Court enter an order (1) valuing the Property as set forth herein; (2) determining the secured status of the liens as stated above; (3) determining that FNMA (or any predecessor or successor in interest) claim(s) are classified as stated above; and (4) granting such other and further relief this Court deems just and property.

Dated: May 20, 2014.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **May 20, 2014**, the foregoing *Motion to Value* was filed with the Clerk of the Court via CM/ECF and served on the Debtor, US Trustee and all interested parties via an authorized manner of service.

    Respectfully submitted,

    XANDER LAW GROUP, P.A.
    *Attorneys for Debtor-in-Possession*

    THE WHITE BUILDING
    One N.E. 2nd Avenue,
    Suite 200
    Miami, Florida 33132
    Tel: (305) 767-2001
    Fax: (855) 926-3370
    jason@xanderlaw.com

    By:   s/Jason H. Weber
          JASON H. WEBER
          Fla. Bar No. 86832

# Exhibit A



# Office of the Property Appraiser

## Detailed Report

Generated On : 5/20/2014

| Property Information | |
|---|---|
| **Folio:** | 34-2108-007-3580 |
| **Property Address:** | 17175 NW 41 AVE |
| **Owner** | GRACE J MOREJON |
| **Mailing Address** | 14076 SW 54 ST<br>HOLLYWOOD , FL 33027 |
| **Primary Zone** | 0100 SINGLE FAMILY - GENERAL |
| **Primary Land Use** | 0101 RESIDENTIAL - SINGLE FAMILY : 1 UNIT |
| **Beds / Baths / Half** | 3 / 2 / 0 |
| **Floors** | 1 |
| **Living Units** | 1 |
| **Actual Area** | 1,442 Sq.Ft |
| **Living Area** | 1,390 Sq.Ft |
| **Adjusted Area** | 1,327 Sq.Ft |
| **Lot Size** | 7,900 Sq.Ft |
| **Year Built** | 1954 |



| Assessment Information | | | |
|---|---:|---:|---:|
| Year | 2013 | 2012 | 2011 |
| **Land Value** | $20,529 | $20,529 | $19,519 |
| **Building Value** | $58,649 | $60,030 | $60,078 |
| **XF Value** | $528 | $624 | $624 |
| **Market Value** | $79,706 | $81,183 | $80,221 |
| **Assessed Value** | $79,706 | $81,183 | $80,221 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2013 | 2012 | 2011 |
| Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional). | | | | |

| Taxable Value Information | | | |
|---|---:|---:|---:|
| | 2013 | 2012 | 2011 |
| **County** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $79,706 | $81,183 | $80,221 |
| **School Board** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $79,706 | $81,183 | $80,221 |
| **City** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $79,706 | $81,183 | $80,221 |
| **Regional** | | | |
| Exemption Value | $0 | $0 | $0 |
| Taxable Value | $79,706 | $81,183 | $80,221 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Version: 1.0.4

1 of 5

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 5/20/2014

## Property Information

**Folio:** 34-2108-007-3580

**Property Address:** 17175 NW 41 AVE

## Roll Year 2013 Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
| GENERAL | R-1 | 0100 | Front Ft. | 79.00 | $20,529 |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
| 1 | 1 | 1954 | 1,202 | 1,150 | 1,167 | $51,115 |
| 1 | 2 | 1971 | 240 | 240 | 160 | $7,534 |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |
| Chain-link Fence 4-5 ft high | 1954 | 120 | $528 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Version: 1.0.4

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 5/20/2014

## Property Information

**Folio:** 34-2108-007-3580

**Property Address:** 17175 NW 41 AVE

## Roll Year 2012 Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
| GENERAL | R-1 | 0100 | Front Ft. | 79.00 | $20,529 |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
| 1 | 1 | 1954 | | | 1,158 | $52,110 |
| 1 | 2 | 1971 | | | 160 | $7,920 |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |
| Chain-link Fence 4-5 ft high | 1954 | 120 | $528 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Version: 1.0.4

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 5/20/2014

## Property Information

**Folio:** 34-2108-007-3580

**Property Address:** 17175 NW 41 AVE

## Roll Year **2011** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |
| GENERAL | R-1 | 0100 | Front Ft. | 79.00 | $20,529 |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |
| 1 | 1 | 1954 | | | 1,158 | $52,110 |
| 1 | 2 | 1971 | | | 160 | $7,968 |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |
| Chain-link Fence 4-5 ft high | 1954 | 120 | $624 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Version: 1.0.4

# OFFICE OF THE PROPERTY APPRAISER

Generated On : 5/20/2014

### Property Information

**Folio:** 34-2108-007-3580

**Property Address:**   17175 NW 41 AVE

| Full Legal Description |
|---|
| CAROL CITY PB 57-20 |
| LOT 10 BLK 14 |
| LOT SIZE 79.000 X 100 |
| F/A/U 30-2108-007-3580 |
| COC 25570-4818 04 2007 1 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 04/01/2007 | $277,500 | 25570-4818 | 2008 and prior year sales; Qual by exam of deed |
| 11/01/2003 | $150,000 | 21992-4108 | 2008 and prior year sales; Qual by exam of deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp (http://www.miamidade.gov/info/disclaimer.asp)

Version: 1.0.4