

**ORDERED in the Southern District of Florida on August 9, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

| In re: | CASE NO.:    14-12682-RAM |
|---|---|
| GRACE J. MOREJON, | Chapter 11 |
| Debtor, | |

**AGREED ORDER GRANTING MOTION TO VALUE
AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY**

**(Modifying Rights of Federal National Mortgage Association C/O
Authorized Subservicer Seterus, Inc.'s ("FMNA"))**

**(Property Address: 17175 N.W. 41st Avenue, Miami, FL 33055)**

THIS CAUSE came before the Court on August 7, 2014 at 2:30pm upon the Debtor-in-Possession's Motion to Value and Determine Secured Status of Lien on Real Property as to 17175 N.W. 41st Avenue, Miami, FL 33055 [D.E. 68] (the "Motion"). Creditor FMNA filed a response to the Motion disputing the Debtor's proposed value of the subject Property and

requested an appraisal [D.E. 79]. Prior to the hearing, upon the agreement of the parties, Creditor FNMA agreed to withdraw its objection. Based on the Debtor's assertions made in support of its Motion, as modified herein without opposition, having considered the record in this case, noting the agreement between the Debtor and FNMA as to the terms set forth in this Order, and being duly advised in the premises, the Court **FINDS** as follows:

    A.    The value of Debtor's real property located at 17175 N.W. 41st Avenue, Miami, FL 33055 (the "Real Property"), and more particularly described as:

    CAROL CITY PB 57-20 LOT 10 BLK 14 LOT SIZE 79.000 X 100 F/A/U 30-2108-007-3580 COC 25570-4818 04 2007 1

is $145,000.00 at the time of the filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of FNMA, specifically with regard to its First Mortgage (as defined in the Motion) is $0.00.

    C.    Any interest claimed in the Real Property shall be characterized as general unsecured debt to the extent it exceeds $145,000.00.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Debtor's Motion is GRANTED, in part, as set forth below.
2. The value of the Real Property as of the Petition Date is $145,000.00.
3. To the extent that any claim(s) of interest in the Real Property exceed $145,000.00, such claims shall be classified as general unsecured debt, regardless of its original classification.
4. The Real Property may not be sold, refinanced, or otherwise encumbered without proper notice and further order of the Court.
5. The Court defers ruling on the remainder of the relief sought in the Motion.

###

Submitted by:

Jason H. Weber, Esq.
XANDER LAW GROUP, P.A.
One N.E. 2nd Avenue,
Suite 200
Miami, Florida 33132
Tel: 305.767.2001
Fax: 855.926.3370
jason@xanderlaw.com

[*Attorney Weber shall serve a copy of this Order upon all interested parties and field a Certificate of Service with the Court*]